[No. 58805-2-I.   Division One.   March 17, 2008.]

*In the Matter of the Estate of* WILLIAM K. JEFFRIES.

MICHELLE D. JEFFRIES, *as Personal Representative, Appellant,* v. ANGELO QUEVEDO, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 05-2-03793-8, Michael S. Spearman, J., entered August 9, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59056-1-I.   Division One.   March 17, 2008.]

JAMES T. NELSON, *as Personal Representative, Respondent,* v. GLORIA R. NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-2-03512-9, Richard A. Jones, J., entered October 5, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Cox, J.

[No. 59064-2-I.   Division One.   March 17, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTINA S. OROZCO, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-02883-6, Gerald L. Knight, J., entered September 28, 2006. *Affirmed* by unpublished per curiam opinion. Now published at 144 Wn. App. 17.

[No. 59156-8-I.   Division One.   March 17, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. T.A.W., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-8-03861-6, Philip G. Hubbard, Jr., J., entered November 7, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Cox, J. Now published at 144 Wn. App. 22.